752 A.2d 402

In the Matter of Heidi Robyn FINSTON (Spivak).

Petition for Reinstatement From Inactive Status.

No. 110 DB 1999.

Supreme Court of Pennsylvania.

June 6, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of June, 2000, The Report and Recommendations of The Disciplinary Board of the Supreme

Court of Pennsylvania dated May 3, 2000, are approved and IT IS ORDERED that HEIDI ROBYN FINSTON (SPIVAK), who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses Incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.